■ WASHINGTON MUTUAL MORTGAGE SECURITIES CORP., Appellant, v VINCENT JACKSON, Also Known as VINCENT R. JACKSON, Respondent, et al., Defendants. [48 NYS3d 897]—

Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered April 21, 2016, which, to the extent appealed from, denied plaintiff's motion for leave to renew defendant Vincent Jackson's prior motion to vacate the default judgment against him, or, alternatively, for vacatur of three of the court's prior orders, which, among other things, vacated the default judgment, granted a traverse hearing, and dismissed the case, unanimously affirmed, with costs.

The motion court properly denied the motion for leave to renew, because plaintiff failed to offer new facts that would change the court's prior determination (CPLR 2221 [e] [2]). Nor was vacatur of the court's prior orders warranted under CPLR 5015 (a).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Webber and Gesmer, JJ.